Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ◉ NO  **DOCKET NUMBER:** 3:25 mj 320-DCK

(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME** : US vs William Stanley and Heather Morrow

**COUNTY OF OFFENSE** : Mecklenburg

**RELATED CASE INFORMATION** :

Magistrate Judge Case Number : 3:25-MJ-305-DCK

Search Warrant Case Number :

Miscellaneous Case Number :

Rule 20b :

**SERVICE OF PROCESS** : Summons

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◉ Petty  ◉ Misdemeanor  ◯ Felony

18 U.S.C. § 111(a)(1); 40 U.S.C. §1315; 41 C.F.R. § 102-74.365; 41 C.F.R. § 102-74.385; 41 C.F.R. § 102-74.390

**JUVENILE:**  ◯ Yes  ◉ No

**ASSISTANT U. S. ATTORNEY** : Smith, Kenny

**VICTIM/WITNESS COORDINATORS:** Rutledge, Shirley

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**