

PRESS RELEASE

# Charlotte Woman Charged With Assaulting Federal Officer

Wednesday, November 19, 2025

**For Immediate Release**

U.S. Attorney's Office, Western District of North Carolina

CHARLOTTE, N.C. – A newly-unsealed criminal complaint charges Heather Morrow, 44, of Charlotte, with felony assault, resist, or impede a federal officer, announced Russ Ferguson, U.S. Attorney for the Western District of North Carolina.

According to allegations in the criminal complaint, on the morning of November 16, 2025, Morrow and others gathered at a U.S. Immigration & Customs Enforcement & Removal Operations Office (ICE/ERO) facility in Charlotte in an apparent attempt to impede law enforcement movement on the property. The complaint alleges that a federal officer who was just arriving to work encountered several individuals, including Morrow, blocking the entrance. While the officer attempted to arrest one individual for punching the window of the officer's vehicle and impeding the officer's path, Morrow approached the officer from behind and forcibly made physical contact with him, including grabbing the officer's shoulders and attempting to jump on the officer's back. Morrow was arrested on the scene.

"Recently in North Carolina, we have seen that the very worst can happen when individuals forcibly gain access to a law enforcement officer's weapon. We take seriously incidents where that could happen," said U.S. Attorney Russ Ferguson. "Fortunately, the officer in this case was arriving to work and was not armed."

Case 3:25-mj-00320-DCK     Document 7-1     Filed 12/08/25     Page 1 of 3

Morrow had her initial appearance in federal court on Monday and was released on bond.

The U.S. Attorney's Office is joined in making the announcement by Homeland Security Investigations, ICE/ERO, U.S. Border Patrol, and the FBI.

The charges against the defendant are merely allegations and the defendant is presumed innocent unless proven guilty beyond a reasonable doubt in a court of law.

Updated November 19, 2025

**Component**

USAO - North Carolina, Western

# Related Content

**PRESS RELEASE**

## Man And Woman Charged With Obstructing Use Of Entrance Of Federal Property And Related Offenses

November 25, 2025

Case 3:25-mj-00320-DCK    Document 7-1    Filed 12/08/25    Page 2 of 3

**PRESS RELEASE**

# Deputy Attorney General Todd Blanche Visits The Western District of North Carolina

August 1, 2025

**PRESS RELEASE**

# U.S. Attorney's Office Observes National Police Week

May 12, 2025

## Western North Carolina

Main Office:

227 West Trade St.

Suite 1650

Charlotte, NC 28202

Email USAO-WDNC

Charlotte: (704) 344-6222

Asheville: (828) 271-4661