FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: _____

On (date) __November 17, 2025__

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☒ Released To

(Name) __Xavier Torres de Jenon__

(Street Address) __2504 Longleaf Drive__

(City) __Charlotte, NC__

Description of Item (s): _____

1. Rubber booties
2. Messenger bag (black)
3. Key with YMCA tag and # 33 tag
4. Various makeup items
5. Subaru key fob
6. Key with # 27 tag
7. Various stickers
8. Soundcore headphones
9. Timex watch
10. Markers
11. Various documents to include bank cards and driver's licenses
12. Jar with white powder
13. Black charger
14. Bracelets

Nothing Follows

(MC)

Received By: _____ 11/17/2025    Received From: _____
(Signature)                                    (Signature)

Printed Name/Title: Xavier Torres de Jenon    Printed Name/Title: _____, Special Agent