# Re: RE: Missing Property, DHS Arrest - 11/16/25, Heather Morrow

| | |
|---|---|
| From | xavier@peopleslaw.co <xavier@peopleslaw.co> |
| To | Kemerling, Steven P<steven.p.kemerling@ice.dhs.gov> |
| CC | Rob Heroy<rheroy@goodmancarr.net> |
| Date | Monday, December 15th, 2025 at 4:24 PM |

Good morning,

Could I pick up this property this week? Please advise.

Thank you,
**Xavier T. de Janon**
Attorney
People's Law Collective

*This email is encrypted. All files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee(s), you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient(s), you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*


-------- Original Message --------
On Thursday, 12/04/25 at 11:08 Xavier T. de Janon <xavier@peopleslaw.co> wrote:

> Thank you!
>
> I'll be out of town next week, but Ms. Morrow might be able to pick up the items herself. Please let me know where and in what time frame she could do this on Monday.
>
> Sincerely,
> **Xavier T. de Janon**
> Attorney
> People's Law Collective
>
> *This email is encrypted. All files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee(s), you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient(s), you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

Case 3:25-mj-00320-MEO-DCK        Document 33-1        Filed 02/26/26        Page 1 of 7

On Thursday, December 4th, 2025 at 2:16 PM, Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov> wrote:

Good Morning,

I have found a bullhorn, two bowls, a spoon, and what appears to be a shower ring. We were unable to locate the key or any paper. The remainder of this week is fairly hectic but if you'd like to make arrangements to retrieve the items on Monday please let me know.

As to the key, you'll need to complete the attached SF-95 and submit it through the process below:

**Filing a Claim**

If you believe you have suffered personal injury or property damage due to an alleged act or omission by an ICE employee, you may complete and sign a Standard Form 95, Claim for Damage, Injury or Death. Alternatively, you may provide written notification (such as a letter) detailing: 1) the allegation(s), 2) sum certain (total dollar amount claimed in damages), and 3) an original signature of the claimant(s). You should also include all documentation supporting your claim.

Completed and signed forms or other written notification, along with the documentation supporting your claim, should be submitted to:

Office of the Principal Legal Advisor
District Court Litigation Division
500 12th Street, SW, Mailstop 5900
Washington, DC 20536

OR

OPLA-DCLD-TortClaims@ice.dhs.gov

Regards,

Steve Kemerling

Assistant Field Office Director

U.S. Immigration and Customs Enforcement

Atlanta Field Office – Charlotte, NC

Case 3:25-mj-00320-MEO-DCK    Document 33-1    Filed 02/26/26    Page 2 of 7

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning,

Thank you. Do let us know what you discover. The First Amendment items might be essential evidence for a defense.

If the items are concluded to be lost, please let me know who I would need to contact for Ms. Morrow to be fully indemnified.

Sincerely,

**Xavier T. de Janon**

Attorney

People's Law Collective

*This email is encrypted. All files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee(s), you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient(s), you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

On Monday, December 1st, 2025 at 5:31 PM, Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov> wrote:

> 10-4.

We've been tracking, looking for the keys but I'm afraid they might have been placed into the alien property and subsequently transferred to Georgia.  I'll expand my search for the other items and let you know later today.

Steve Kemerling

Assistant Field Office Director

U.S. Immigration and Customs Enforcement

Atlanta Field Office – Charlotte, NC

You don't often get email from xavier@peopleslaw.co. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning,

Thank you for the prompt response!

To my understanding, the missing items also include:

- A bullhorn
- A dog bowl
- Pots and pans

There might also be some paper signs, banners, and similar materials, but it would be understandable if those were discarded.

Sincerely,

Case 3:25-mj-00320-MEO-DCK          Document 33-1         Filed 02/26/26         Page 4 of 7

**Xavier T. de Janon**

Attorney

People's Law Collective

*This email is encrypted. All files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee(s), you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient(s), you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

On Monday, December 1st, 2025 at 4:47 PM, Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov> wrote:

> Morning!
>
> I was aware that we were looking for keys, but what are the other items that are missing?
>
> Thanks
>
> Steve Kemerling
>
> Assistant Field Office Director
>
> U.S. Immigration and Customs Enforcement
>
> Atlanta Field Office – Charlotte, NC
>
> You don't often get email from xavier@peopleslaw.co. Learn why this is important

Case 3:25-mj-00320-MEO-DCK          Document 33-1          Filed 02/26/26          Page 5 of 7

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning Mr. Kemerling,

My name is Xavier T. de Janon, and I represent Ms. Heather Morrow. FBI Special Agent Michael Gregory provided me with your contact information to determine the status of certain missing property after a DHS arrest.

On the morning Sunday 11/16/25, DHS agents arrested U.S. citizen Ms. Morrow near the DHS building in Charlotte, North Carolina. After she was arrested, the DHS agents took Ms. Morrow's car key and moved the car. They also seized several First Amendment items, including a bullhorn and other noise-making items.

After the arrest, DHS agents transferred physical custody of Ms. Morrow to the FBI. However, the above-referenced items did not make it to the FBI. Only DHS agents handled the arrest, seizure, and transport.

Could you please advise what the status of this missing property is or who I can contact about it?

Thank you,

**Xavier T. de Janon**

Attorney

People's Law Collective

*This email is encrypted. All files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee(s), you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient(s), you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Xavier T. de Janon <xavier@peopleslaw.co>
**Sent:** Monday, December 1, 2025 11:25 AM
**To:** Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov>
**Cc:** Rob Heroy <rheroy@goodmancarr.net>
**Subject:** Missing Property, DHS Arrest - 11/16/25, Heather Morrow

---

**From:** Xavier T. de Janon <xavier@peopleslaw.co>
**Sent:** Monday, December 1, 2025 12:01 PM
**To:** Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov>
**Cc:** Rob Heroy <rheroy@goodmancarr.net>
**Subject:** RE: Missing Property, DHS Arrest - 11/16/25, Heather Morrow

---

**From:** Xavier T. de Janon <xavier@peopleslaw.co>
**Sent:** Tuesday, December 2, 2025 10:41 AM
**To:** Kemerling, Steven P <steven.p.kemerling@ice.dhs.gov>
**Cc:** Rob Heroy <rheroy@goodmancarr.net>
**Subject:** RE: Missing Property, DHS Arrest - 11/16/25, Heather Morrow