IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25MJ320-MEO-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S SUPPLEMENTAL |
| | ) | RESPONSE TO RULE 41(g) MOTION |
| v. | ) | TO RETURN VEHICLE KEY AND |
| | ) | RALLY ITEMS |
| HEATHER MORROW | ) | |
| | ) | |

The United States of America, by and through Dallas J. E. Kaplan, Attorney for the United States Pursuant to 28 U.S.C. § 515, files a supplemental response to defendant Morrow's Rule 41(g) to Return Vehicle Key and Rally Items (Motion—Document 21). In support of its response, the government respectfully asserts:

1. On March 23, 2026, the FBI received from the DHS the following items in a sealed DHS property/evidence bag: a bullhorn, a metal pan, a metal dog bowl, a metal spoon, and a metal shower curtain ring. On March 27, 2026, defense counsel Xavier T. de Janon was able to inspect and photograph these items.

2. The government has not located a vehicle key for a Subaru, the type of car associated with Morrow. It will continue its good faith efforts to find this key, which will be returned to the defendant if it is located. "[T]he Government cannot return property it does not possess, and therefore a motion for the return of property must be denied if the Government does not have possession of the sought-after property." *Bennett v. United States*, 2021 WL 1752409, at *2 (N.D.W.Va. May 16, 2012) (Exhibit 1).

3. The items in the sealed DHS property/evidence bag are related to the criminal offenses charged and may be used as evidence at trial, and therefore the government will maintain possession of them until the conclusion of this matter. "A Rule 41(g) motion is properly denied if

1

the [movant] is not entitled to lawful possession of the seized property, the property is contraband or subject to forfeiture[,] or the government's need for the property as evidence continues." *Bullock v. United States*, 176 F.Supp.3d 517, 523 (M.D.N.C. 2016)(civil case interpreting Rule 41(g); cleaned up).

For the above reasons, the government requests the Court to deny the defendant's Motion.

RESPECTFULLY SUBMITTED this the 31st day of March 2026.

DALLAS J. E. KAPLAN
ATTORNEY FOR THE UNITED STATES
PURSUANT TO 28 U.S.C. § 515
/s/ Kenneth Smith
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
North Carolina Bar Number 17934
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Kenny.Smith@usdoj.gov

2

## ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certify that:

1. No artificial intelligence was employed in doing the research for the preparation of this document, except for such artificial intelligence embedded in standard online legal research sources such as Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated: March 31, 2026

DALLAS J. E. KAPLAN
ATTORNEY FOR THE UNITED STATES
PURSUANT TO 28 U.S.C. § 515
/s/ Kenneth M. Smith
Assistant United States Attorney

3