# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA**, | : | |
| V. | : | Case No.: **3:25-MJ-00320** |
| **WILLIAM STANLEY,** | : | |
| **HEATHER MORROW** | : | |
| | : | |
| | : | |

## MOTION TO SEAL

NOW COMES Defendant, by and through Undersigned Counsel, and requests that the following Motion to Dismiss should be filed under seal based on the Court's standing discovery order which prohibits Defendant from publicly disseminating discovery.

Defense also requests that it remain sealed pending a motion from either party or a request from the public.

This, the 30th day of July, 2026.

Rob Heroy
Attorney for Morrow
NC Bar: 35339
Goodman Carr, PLLC
301 S. McDowell St., Ste. 602
Charlotte, NC 28204
Rheroy@goodmancarr.net

Xavier T. de Janon
Attorney for Morrow
NC Bar: 58803
P.O. Box 470221
Charlotte, NC 28247
Tel: (704) 448-9170
Email: xavier@peopleslaw.co

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing MOTION on Opposing Counsel, via ECF using the CM-ECF system, which will send notice of such filing to all registered CM/ECF users.

This, the 30th day of July, 2026.

s/ Rob Heroy
Rob Heroy