# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

FILED

CHARLOTTE, NC

NOV 17 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Heather MORROW | ) | 3:25-mj- 305 -DCK |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2025__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 111(a)(1) | Felony Assault, Resist, and Impede a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Gregory, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/17/2025__

_____
*Judge's signature*

City and state: __Charlotte, North Carolina__

The Hon. David C. Keesler, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Michael Gregory, being duly sworn on oath, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2012. I am a "Federal Law Enforcement Officer" within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the United States Attorney General. As such, I am empowered to conduct investigations of, and to make arrests for, violations of federal law. I am currently assigned to investigate federal financial crimes, including but are not limited to, fraud, money laundering, embezzlement, and intellectual property crimes. In my capacity as an FBI Special Agent, I have worked investigations involving counterterrorism, violent crimes and federal crimes involving children as victims (international parental kidnapping, child abductions, sexual exploitation of children, domestic trafficking of children/prostitution, child sex tourism and national sex offender registry violations). I have received extensive training in investigations as a New Agent Trainee at the FBI Academy in Quantico, Virginia, as well as additional training relating to my job assignments.

2. This affidavit is being made for the purpose of securing a criminal complaint charging **HEATHER MORROW (MORROW)** (a white female, born on ███████ with residence, according to her North Carolina Driver's License, at ███████ Charlotte, North Carolina) with the offense of assaulting, resisting, impeding, intimidating and interfering with certain federal officers or employees, with such acts involving physical contact with the victim, in violation of Title 18, United States Code, Section 111(a)(1).

1

3. The information contained in this affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On the morning of November 16, 2025, **MORROW,** ███████ (█████) and others unknown (SUBJECTS) had gathered in an apparent attempt to impede law enforcement movement on the property of U.S. Immigration & Customs Enforcement (ICE)/Enforcement & Removal Operations (ERO) Office facility located at 6130 Tyvola Centre Drive, Charlotte, North Carolina 28217. A blue Subaru Outback bearing North Carolina license plate ████[1] was parked in the vicinity of the exit lane and hindered the flow of traffic leaving the office. The SUBJECTS were attempting to block the entrance lane to the ICE/ERO Office facility with themselves and cones that were spaced across the lane. The entrance and exit lanes are a single point of entry into the ICE/ERO Office facility.

5. ERO Deportation Officer (DO) 1 (DO1) arrived at the ICE/ERO Office facility to enter to start his duty day. He was driving his government issued vehicle, a gray Dodge Ram truck with installed emergency equipment, and dressed in civilian attire. As a member of the Special Response Team (SRT), he was going to change into his uniform at the ICE/ERO Office before beginning his shift. As he pulled into the ICE/ERO Office facility off of Tyvola Centre Drive, he was hindered from proceeding any further because of the cones and the SUBJECTS blocking the entrance lane. The SUBJECTS were standing shoulder to shoulder and facing Tyvola Centre Drive. According to DO1, he activated his emergency lights and used his vehicle's installed public address (PA) system to advise the SUBJECTS that they were impeding the flow of traffic on

---

[1] According to North Carolina Department of Motor Vehicles (NCDMV), the vehicle is registered to ████ ██████████.

Case: 3:25-mj-00305-DCK *DOC* Document 8 Filed 11/17/25 Page 2 of 6

government property and, if they did not desist, they would be arrested. He gave approximately 5-6 such commands, but the SUBJECTS did not desist.

6. ERO DO 2 (DO2) arrived at the ICE/ERO Office behind DO1 in his government issued vehicle, a blue pickup truck, and he also observed the SUBJECTS blocking the entrance lane. According to DO2, he exited his vehicle and overheard DO1 giving commands to the SUBJECTS through his PA system. DO2 overheard the SUBJECTS saying words to the effect of "they [presumably ICE] keep arresting innocent people, you're horrible and you need to leave." DO2 also observed a bullhorn sitting on the ground in the vicinity of the SUBJECTS. DO2 was wearing a law enforcement tactical vest with "ERO" in yellow letters in the center of the vest and an embroidered ICE badge affixed to the left shoulder of the vest. DO2 approached the SUBJECTS, pulled out his oleoresin capsicum (OC) spray and warned them that, if they did not leave the property, they would be sprayed and arrested. **MORROW** acknowledged the presence of the OC spray by turning her body and saying, "Please don't spray me."

7. ERO DO 3 (DO3) and ERO DO 4 (DO4) were riding together in DO3's government issued vehicle, a black Dodge Caravan, and arrived at the ICE/ERO Office facility behind DO2. After observing DO2's interactions with the SUBJECTS, DO3 and DO4 exited their vehicle.

8. By this point, the SUBJECTS dispersed enough for DO1 to enter the ICE/ERO facility. As DO1 was driving slowly towards the side of the ICE/ERO Office, ▆▆▆▆ fast walked to the front of his vehicle and impeded the vehicle with his body by standing in front of it and hindering it from moving any further. After DO1 stopped his vehicle, ▆▆▆▆ ran up to the driver's side door and hit the window with a closed fist. DO1 exited his vehicle and advised ▆▆▆▆ that he was under arrest. DO1 attempted to place ▆▆▆▆ in custody; however,

3

████ resisted and pulled away from DO1. DO3 observed DO1 attempting to place ████ in custody but struggling due to ████ resisting by not placing his arms behind his back. According to DO3, he observed ████ spread his feet apart, lower his center of gravity and push his shoulder into DO1 while he failed to obey commands to place his hands behind his back. DO1 attempted to grab ████'s wrists; however, ████ kept snatching his wrists away from DO1 and impeded his efforts to take him into custody. DO1 also tried to take ████ to the ground, but he was unsuccessful due to ████'s resistance. As DO1 was struggling to place ████ into custody, he felt "jolted" by someone grabbing his shoulders. At first, DO1 thought it may have been another law enforcement officer attempting to assist with the arrest of ████, but he remained focused on his struggle with ████ According to DO2 and DO4, however, **MORROW** had grabbed DO1's shoulders from behind with both of her hands and appeared to be attempting to pull DO1 away from ████ DO4 witnessed **MORROW** attempt to jump on the back of DO1 by placing both of her hands on DO1's shoulders while she had one foot off the ground.

9.      DO1 had his back to **MORROW**. Believing DO1 was armed, and worried that **MORROW** may have been going for DO1's weapon, DO4, fearing for DO1's safety, rushed to grab **MORROW** off of DO1's shoulders and then took her to the ground. Prior to DO4 grabbing **MORROW** off of DO1, DO2 overheard her say, "don't arrest my friend." After **MORROW** was placed on the ground by DO4, DO2 and DO4 placed her in handcuffs. **MORROW** uttered, "I'm a US citizen, you can't arrest me" as they were taking her into custody. Around the same time, DO1 and DO3 were eventually able to take ████ into custody, despite his continued resistance to place his arms behind his back in order to be handcuffed. The other persons who had

4

gathered with **MORROW** and ▮▮▮▮▮ dispersed and left the property. Both ▮▮▮▮▮ and **MORROW** were taken into custody.

10.    A review of social media outlets from the morning of November 16, 2025, yielded a video (approximately 30 seconds in length) of a portion of the end of the incident at the ICE/ERO Office facility. **MORROW** is believed to be seated, cuffed on the ground in this screenshot and surrounded by two of the DO's. A bullhorn can also be observed on the sidewalk.



---

[2] Screenshot was taken from the video posted on Instagram by username charlotteuprising. The video was posted at approximately 10:30 AM on November 16, 2025.

Case: 3:25-mj-00305-DCK *DOCKED* Document 8 Filed 11/17/25 1:17/2025 Page 5 of 6

## CONCLUSION

11.     Based upon my training, experience, and the facts of this investigation, I respectfully assert that sufficient facts exist to support a probable cause finding that **MORROW** has violated Title 18, United States Code, Section 111(a)(1).  Therefore, I request that the Court issue a criminal complaint and arrest warrant for the same.

Respectfully submitted,

Michael Gregory
Special Agent
Federal Bureau of Investigation

*Affidavit Reviewed by Assistant United States Attorneys Dan Ryan and Kenny Smith in the Western District of North Carolina*

Subscribed and sworn to before me on this 17th day of November 2025

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA