# EXHIBIT C

# VIDEO DISCLOSED TO GOVERNMENT