# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No: 3:25-mj-00320-MEO-DCK

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WILLIAM STANLEY and HEATHER MORROW,

      Defendants.

**JOINT MOTION TO DISMISS COUNTS ONE, TWO, AND THREE OF BILL OF INFORMATION**

NOW COME Defendants in the above-captioned matter, WILLIAM STANLEY ("Mr. Stanley") and HEATHER MORROW ("Ms. Morrow"), pursuant to Fed.R.Crim.P. Rule 12 and LCrR 47.1, moves to dismiss Counts One, Two, and Three of the Bill of Information in this matter. The ground for this Motion is that the Government will be unable to prove that Mr. Stanley or Ms. Morrow "enter[ed] into and on Federal property," a common element of all three counts. Instead, it will be undisputed that their alleged conduct took place on private property, owned by a Delaware limited liability corporation whose principal place of business is in New York. Absent proof that Mr. Stanley and Ms. Morrow's conduct occurred on Federal property, Counts One, Two, and Three of the Bill of Information must be dismissed.

In support of this Motion, Mr. Stanley and Ms. Morrow rely upon the exhibits attached to this Motion or depicted in the Motion, and the Memorandum filed contemporaneously with this Motion. In further support, Mr. Stanley and Ms. Morrow show that:

1.      In a Bill of Information issued on November 24, 2025, Mr. Stanley, along with Ms. Morrow, were charged with three Petty Offenses: Obstructing the Use of Entrances on Federal

Property (Count One), Impeding and Obstructing Performance of Official Duties of Government Employees (Count Two), and Failure to Comply with Lawful Direction of Authorized Individual (Count Three).[1]

2.      All three counts charge that on November 16, 2025, Mr. Stanley and Ms. Morrow "did willfully enter in and on Federal property, that is, the grounds of the Immigration and Customs Enforcement/Enforcement and Removal Operations (ERO) ["ICE"] building, located at 6130 Tyvola Centre Drive."  Entry onto Federal property, defined in the Bill of Information as the "grounds" of the ICE building at 6130 Tyvola Centre Drive, is a common necessary element to all three offenses.

3.      Mr. Stanley and Ms. Morrow were arrested for their actions on a roadway leading from Tyvola Centre Drive (which is a public street or highway) up and into a parking lot that is adjacent to the ICE building.  Their actions as alleged by the Government did not occur either in the parking lot or in the ICE building, but on the roadway leading to the parking lot.

---

[1] Mr. Stanley and Ms. Morrow were also charged with a fourth count for forcibly assaulting, impeding, opposing, intimidating and interrupting federal officials in the performance of official duties (a misdemeanor).  This Count is not the subject of this Motion and would remain after dismissal of the Petty Offenses.



4. The property located at 6130 Tyvola Centre Drive is not owned by the U.S. Government. Rather, as set forth in **Exhibit 1**, this property is owned by a private company, DHS NC, LLC. **Exhibit 1** is a North Carolina Special Warranty Deed found at B27823-P539 filed with the Register of Deeds for Mecklenburg County.

5. DHS NC, LLC is a Delaware limited liability company. As set forth in its Limited Liability Company Annual Report for 2025, it is a real estate holding company whose principal office is located at 425 East 52nd Street, New York, New York, and consists of two individual members. A copy of the Annual Reports for 2025 and 2026 filed by DHS NC, LLC with the North Carolina Secretary of State is attached to this Motion as **Exhibit 2**.

6. The property has never been owned by the U.S. Government. In 2003, when the building was constructed, the property was owned by JDL Charlotte. In 2005 it was sold to Starbury GSA II, LLC. In 2011 it was purchased by WBCMT 2007-C31 Tyvola Centre Drive and, in 2013, by DHS NC, LLC.

7. The property is depicted on the Map attached to this Motion as **Exhibit 3**. This Map is recorded at Map Book 38 page 411 in the Mecklenburg County Register of Deed and is certified in that record as accurate by a professional land surveyor. It shows that Tyvola Centre Drive is a public street or highway under the laws of the State of North Carolina.

8. The building that houses the ICE offices was built in 2003 and was depicted in a Land Title Survey performed by Justin Cloninger in September 2012. This Land Title Survey is attached to this Motion as **Exhibit 4.**

9. The U.S. Government entered into a Lease with the original owner of this property on June 24, 2002. A copy of relevant portions of this Lease is attached to this Motion as **Exhibit 5**.[2] The lease does not cover the entirety of the property at 6130 Tyvola Centre Drive. Instead, the Lease grants the U.S. Government property rights in 52,000 rentable square feet of office and related space (roughly 48,000 usable square feet). The total size of the property, as set forth in **Exhibit 3,** is 7.99 acres.

10. The Lease includes a "site plan" which is referred to as part of the legal description of the property subject to the Lease. The site plan makes it clear that the property leased by the U.S. Government does not include all the property at the site.

---

[2] The Lease was provided to the Defendants by the United States at Defendants' request and bears a Bates number signifying its possession by the Government.

4



EXHIBIT A – Site Plan
Lease No. GS-O4B-42087

11.     The only property over which the U.S. Government has exclusive right and control is the building itself and several secured parking spaces.  The Lease does not provide any title or possessory interest to the grounds surrounding the building nor does it extend to the roadway that leads up to the building.  Those areas remain the property of DHS NC, LLC.



ICE Buildings

Incident

12.     Because the roadway leading up to the building is not Federal property but is outside the scope of the Lease and remains the property of DHS NC, LLC, entry on to the roadway by Mr. Stanley and Ms. Morrow does not constitute a federal offense as charged in Counts One, Two, and Three.

13.     Federal regulations make this clear.  In support of these Counts, the Government cited the property management regulations at Title 41 of the Code of Federal Regulations promulgated by the Department of Homeland Security ("DHS") for conduct on its property. These regulations at 41 C.F.R. § 102-74 Subpart C (§§ 102-74.365, 102-74.385, 102-74.390(b) and (c), and 102-74.450) were withdrawn under a Final Rule issued on January 20, 2026, by the

6

General Services Administration ("GSA"). In withdrawing these regulations and enacting a new final rule, the Government noted the following:

> Prior to the proposed rule, DHS relied upon the regulations government personal conduct on Federal property found in 41 CFR part 102-74, subpart C. ***The FMR is only applicable to property under the jurisdiction, custody, or control of GSA (not all property protected by the Federal Protective Service) and applies only when the conduct is committed on the property itself and not adjacent thereto.*** Accordingly the FMR is not comprehensive of DHS authority under 40 U.S.C. 1315 to protect federal property falling within DHS's jurisdiction.

91 FR 2316-01, 2026 WL 129046 (F.R.) *2316 (Federal Management Regulation; Conduct on Federal Property January 20, 2026). Thus, at the time of these events, the DHS regulations prohibited the conduct alleged in the Bill of Information only if it took place on the property itself (here the leased premises of the building) and not when such conduct was committed in areas adjacent to the property.

WHEREFORE, the Defendants pray that this Court dismiss Counts One, Two, and Three because the property which they are charged with "entering" is not Federal property.

This 31st day of July 2026.

<div style="margin-left:40%">

/s/ James P. Cooney III
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Telephone: (704) 331-4961
Email: Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

/s/ Rob Heroy
Rob Heroy (NC Bar No. 35339)
Goodman Carr, PLLC
301 S. McDowell St., Ste. 602
Charlotte, NC 28204
Telephone: (704) 372-2770
Email: Rheroy@goodmancarr.net

</div>

7

/s/ Xavier T. de Janon
Xavier T. de Janon (NC Bar No. 58803)
P.O. Box 470221
Charlotte, NC 28247
Telephone: (704) 448-9170
Email: xavier@peopleslaw.co
*Attorneys for Defendant Morrow*

WBD (US) 4922-6967-7251