# EXHIBIT 1

Mail after recording to: Harbor City Title Insurance Agency, Inc., 6201 Fairview Road, Suite 325, Charlotte, NC 28210; File No. _1003 2069_

FOR REGISTRATION
J. David Granberry
REGISTER OF DEEDS
Mecklenburg County, NC
2012 NOV 15 10:53:38 AM
BK:27823 PG:539-542
FEE:$51.00
EXCISE TAX: $14,753.00
INSTRUMENT # 2012162151
BAKERFR

2012162151

## NORTH CAROLINA SPECIAL WARRANTY DEED

Excise Tax:   $14,753.00

Tax Lot No.: _____   Parcel Identifier No. 16708203

Verified by Mecklenburg County on the _____ day of _____, 2012

by _____

Mail after recording to: _____

This instrument was prepared by: LNR Partners, LLC, 1601 Washington Avenue, Suite 700, Miami Beach, FL 33139

Brief Description for the index:   Lot 5 as shown on a "Subdivision Plat of Tyvola Center Drive-Map 4, Plat book 36, Page 355" recorded in book of Maps 38, Page 411

## REMAINDER OF PAGE LEFT INTENTIONALLY BLANK, TEXT CONTINUES ON FOLLOWING PAGE

MIAMI 3370453.1 72496/41166

## NORTH CAROLINA SPECIAL WARRANTY DEED

THIS INDENTURE, made effective as of November 9, 2012 between **WBCMT 2007-C31 TYVOLA CENTRE DRIVE, LLC**, a North Carolina limited liability company ("**Grantor**"), whose address is c/o LNR Partners, LLC, 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, in favor of **DHS NC, LLC**, a Delaware limited liability company ("**Grantee**"), whose address is 425 East 52nd Street, New York, New York 10022.

## WITNESSETH THAT:

GRANTOR, for and in consideration of the sum of Ten Dollars and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey to GRANTEE in fee simple, its successors and assigns, all of the real property situated in the County of Mecklenburg and State of North Carolina, which is more particularly described on the attached **Exhibit A** (the "**Property**"), but SUBJECT, HOWEVER, TO:

Subject however, to:

(a)    Real property taxes and assessments for the year 2012 and thereafter;

(b)    Zoning and other regulatory laws and ordinances affecting the Property;

(c)    Matters that would be disclosed by an accurate survey; and

(d)    Easements, plats, rights of way, limitations, conditions, reservations, covenants, restrictions, and other matters of record.

TO HAVE AND TO HOLD the Property and all privileges and appurtenances thereto belonging to Grantee in fee simple.

GRANTOR, for its successors and assigns, does hereby covenant with GRANTEE that GRANTOR has done nothing to impair such title as GRANTOR received, the GRANTOR is lawfully seized of the Property in fee simple, that title is marketable and free and clear of all encumbrances (except as described herein), that the GRANTOR has good right and lawful authority to sell and convey the Property, and that the GRANTOR fully warrants and will defend the title to the Property against the lawful claims of all persons claiming by, through, or under the GRANTOR, but against none other.

The Property was acquired by Grantor by Substitute Trustee's Deed dated January 3, 2012 and recorded January 3, 2012 in Book 27006, Page 639-642 as Instrument No. 2012000104, with the Mecklenburg County Register of Deeds.

**IN WITNESS WHEREOF,** Grantor has caused these presents to be executed and delivered as of the date first above written.

Witnesses:

**GRANTOR:**

**WBCMT 2007-C31 TYVOLA CENTRE DRIVE, LLC,** a North Carolina limited liability company

By: LNR Partners, LLC, a Florida limited liability company, successor by statutory conversion to LNR Partners, Inc., a Florida corporation, its manager

Signature: _____
Print Name: _Yamilia Colmenero_

By: _____
Name: Steve D. Ferreira
Title: Vice President

Signature: _____
Print Name: _Jiannell Tavarez_

STATE OF FLORIDA ⟩
⟩ SS.
COUNTY OF MIAMI-DADE ⟩

The foregoing instrument was acknowledged before me this _6_ day of November 2012 by Steve D. Ferreira, as Vice President of LNR Partners, LLC, a Florida limited liability company, successor by statutory conversion to LNR Partners, Inc., a Florida corporation, as manager of **WBCMT 2007-C31 TYVOLA CENTRE DRIVE, LLC,** a North Carolina liability company, on behalf of the company. He is personally known to me or has produced a driver's license as identification.

Notary Public
Print Name: _____   Jiannell Tavarez
Serial No. (if any): _____

MIAMI 3370453.1 72496/41166

# EXHIBIT A

# LEGAL DESCRIPTION

Lying and being situate in Mecklenburg County, North Carolina, and being more particularly described as follows:

BEING all of Lot 5 containing 7.99 acres as shown on a "Subdivision Plat of Tyvola Center Drive - Map 4, Plat Book 36, Page 355" as recorded in Book of Maps 38, page 411 in the Office of the Register of Deeds of Mecklenburg County, North Carolina reference to which is hereby made for a more particular description.

Being more particularly described by metes and bounds as follows:

Beginning at an existing iron pin on the southern right-of-way of South Tryon Street and the northwest corner of Terrell Smith Property; thence with western line of Terrell Smith Property South 61°56'01" East, 114.30' to a existing rebar; thence with the southern line of Terrell Smith Property North 40°21'17" East, 267.07' to an existing iron pin; thence with the western line City of Charlotte Property South 49°05'54" East, 77.66' to an existing iron pin; thence with remainder of Lot 3 of "Tyvola Center Drive - Map 1" South 62°20'06" East, 147.12' to a new iron pin; thence South 49°38'43" East, 252.75' to a new iron pin; thence North 40°21'17" East, 14.00' to an existing iron pin; thence South 49° 38'43" East, 65.42' to an existing iron pin; thence with an arc length to the right of 243.47', a radius of 155.00', and a chord of South 4°38'43" East, 219.20' to a new iron pin; thence South 40°21'17" West, 113.35' to a existing iron pin; thence with an arc length to the right of 165.85', a radius of 317.43', and a chord of South 55°39'31" West , 163.97' to an existing iron pin; thence South 69°05'12" West, 214.25' to an existing iron pin in the northern right-of-way of Tyvola Centre Drive; thence with right-of-way of Tyvola Centre Drive with an arc length to the right of 279.21', a radius of 320.00', and a chord of North 36°55'51" West, 270.44' to a chiseled "x" in concrete; thence North 11°54'47" West , 163.21' to existing iron pin; thence with an arc length to the left of 120.30', a radius of 300.00', and a chord of North 23°26'02" West, 119.50' to an existing iron pin; thence North 34°53'32" West, 146.08' to a existing iron pin; thence with an arc length to the right of 34.84', a radius of 25.00', and a chord of North 5°02'14" East, 32.09 , to an existing iron pin on the right-of-way of South Tryon Street; thence North 44°58'02" East, 1.85' to the point and place of beginning and containing 7.99 acres.

MIAMI 3370453.1 72496/41166