# EXHIBIT 2



# LIMITED LIABILITY COMPANY ANNUAL REPORT

1/6/2022

NAME OF LIMITED LIABILITY COMPANY:  **DHS NC, LLC**

SECRETARY OF STATE ID NUMBER:  1283924       STATE OF FORMATION:  DE

Filing Office Use Only

E - Filed Annual Report
1283924
CA202509411448
4/4/2025 11:17

☐ Changes

REPORT FOR THE CALENDAR YEAR:  2025

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  Cogency Global Inc.

**2.** SIGNATURE OF THE NEW REGISTERED AGENT:

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS **& COUNTY**

2810 Coliseum Centre Drive

Charlotte, NC 28217 Mecklenburg County

**4.** REGISTERED AGENT OFFICE MAILING ADDRESS

2810 Coliseum Centre Drive, Suite 120

Charlotte, NC 28217

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:**  Real Estate Holding

**2. PRINCIPAL OFFICE PHONE NUMBER:**  (212) 888-6920

**3. PRINCIPAL OFFICE EMAIL:**  Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS

425 East 52nd Street

New York, NY 10022

**5.** PRINCIPAL OFFICE MAILING ADDRESS

425 East 52nd Street

New York, NY 10022

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

NAME:  Joseph Righter
TITLE:  Authorized Signatory
ADDRESS:
425 East 52nd Street
New York, NY 10022

NAME:  Alex Dembitzer
TITLE:  Member
ADDRESS:
425 East 52nd Street
New York, NY 10022

NAME:  Rachel Rebecca
TITLE:  Member
ADDRESS:
425 East 52nd Street
New York, NY 10022

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Joseph Righter

SIGNATURE

Form must be signed by a Company Official listed under Section C of This form.

4/4/2025

DATE

Joseph Righter

Print or Type Name of Company Official

Authorized Signatory

Print or Type Title of Company Official

This Annual Report has been filed electronically.

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525



# LIMITED LIABILITY COMPANY ANNUAL REPORT

1/6/2022

NAME OF LIMITED LIABILITY COMPANY:  **DHS NC, LLC**

SECRETARY OF STATE ID NUMBER: **1283924**   STATE OF FORMATION: **DE**

REPORT FOR THE CALENDAR YEAR:  **2026**

Filing Office Use Only
E - Filed Annual Report
1283924
CA202606902187
3/10/2026 10:54

☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  Cogency Global Inc.

**2.** SIGNATURE OF THE NEW REGISTERED AGENT: 

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS **& COUNTY**

2810 Coliseum Centre Drive

Charlotte, NC 28217 Mecklenburg County

**4.** REGISTERED AGENT OFFICE MAILING ADDRESS

2810 Coliseum Centre Drive, Suite 120

Charlotte, NC 28217

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:**  Real Estate Holding

**2. PRINCIPAL OFFICE PHONE NUMBER:** (212) 888-6920   **3. PRINCIPAL OFFICE EMAIL:** Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS

425 East 52nd Street

New York, NY 10022

**5.** PRINCIPAL OFFICE MAILING ADDRESS

425 East 52nd Street

New York, NY 10022

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

| NAME: Alex Dembitzer | NAME: Rachel Rebecca | NAME: Joseph Righter |
|---|---|---|
| TITLE: Member | TITLE: Member | TITLE: Authorized Signatory |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 425 East 52nd Street | 425 East 52nd Street | 425 East 52nd Street |
| New York, NY 10022 | New York, NY 10022 | New York, NY 10022 |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Alex Dembitzer

SIGNATURE

Form must be signed by a Company Official listed under Section C of This form.

3/10/2026

DATE

Alex Dembitzer

Print or Type Name of Company Official

Member

Print or Type Title of Company Official

This Annual Report has been filed electronically.

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525