# EXHIBIT 3



VICINITY MAP NOT TO SCALE

FILED FOR REGISTRATION
OCT 15 2002
AT 11:10
JUDITH A. GIBSON
MECKLENBURG COUNTY, N. C.
REGISTER OF DEEDS

CERTIFICATE OF ACCURACY OF MAPPING

I, CLINTON B. OSBORNE, CERTIFY THAT THIS PLAT WAS DRAWN UNDER MY SUPERVISION FROM AN ACTUAL SURVEY MADE UNDER MY SUPERVISION (DESCRIPTION RECORDED IN PLATBOOK 36, PAGE 355); THAT THE BOUNDARIES NOT SURVEYED ARE SHOWN AS BROKEN LINES PLOTTED FROM INFORMATION FOUND IN DEEDS AS LISTED; THAT THE RATIO OF PRECISION AS CALCULATED IS 1:10,000+; THAT THIS MAP WAS PREPARED IN ACCORDANCE WITH G.S. 47-30 AS AMENDED.
WITNESS MY HAND AND OFFICIAL SEAL THIS 8TH DAY OF OCTOBER, 2002.

L-3834
LICENSE NO.          PROFESSIONAL LAND SURVEYOR

I, CLINTON B. OSBORNE , A PROFESSIONAL LAND SURVEYOR, NUMBER L-3834, CERTIFY TO ONE OF THE FOLLOWING:

☒ A. THAT THIS PLAT IS OF A SURVEY THAT CREATES A SUB-DIVISION OF LAND WITHIN THE AREA OF A COUNTY OR MUNICIPALITY THAT HAS AN ORDINANCE THAT REGULATES PARCELS OF LAND.
☐ B. THAT THIS PLAT IS OF A SURVEY THAT IS LOCATED IN SUCH PORTION OF A COUNTY OR MUNICIPALITY THAT IS UNREGULATED AS TO AN ORDINANCE THAT REGULATES PARCELS OF LAND;
☐ C. THAT THIS PLAT IS OF A SURVEY OF AN EXISTING PARCEL OR PARCELS OF LAND;
☐ D. THAT THIS PLAT IS OF A SURVEY OF ANOTHER CATEGORY, SUCH AS THE RECOMBINATION OF EXISTING PARCELS, A COURT-ORDERED SURVEY OR OTHER EXCEPTIONS TO THE DEFINITION OF SUBDIVISION;
☐ E. THAT THE INFORMATION AVAILABLE TO THIS SURVEYOR IS SUCH THAT I AM UNABLE TO MAKE A DETERMINATION TO THE BEST OF MY PROFESSIONAL ABILITY AS TO PROVISIONS CONTAINED IN (A) THROUGH (D) ABOVE.

L-3834
SURVEYOR          NUMBER

NORTH CAROLINA PROFESSIONAL SEAL L-3834 LAND SURVEYOR CLINTON B. OSBORNE

RICHARD B. HOBBS

I, _____ REVIEW OFFICER OF MECKLENBURG COUNTY, CERTIFY THAT THIS MAP OR PLAT TO WHICH THIS CERTIFICATION IS AFFIXED MEETS ALL STATUTORY REQUIREMENTS FOR RECORDING.

REVIEW OFFICER          10/15/2002 DATE

APPROVED IN ACCORDANCE WITH THE PROVISIONS OF CHAPTER 20 (SUBDIVISION ORDINANCE) OF THE CITY CODE OF THE CITY OF CHARLOTTE, NORTH CAROLINA. CHARLOTTE-MECKLENBURG PLANNING COMMISSION.

PLANNING COMMISSION STAFF          10/5/2002 DATE

BASIS OF BEARING
PLAT BOOK 37, PAGE 185

CITY OF CHARLOTTE
DB 7524 PG 729

SOUTH TRYON STREET
(NC HWY 49)
PUBLIC R/W VARIES

20' SANITARY SEWER EASEMENT
REF. MB 36 PG 355

TERRELL SMITH &
RALPH S. SMITH, JR.
DB 12988 PG 316

CURRENT FEMA FLOOD FRINGE

SURVEYED TOP OF BANK

UNNAMED STREAM

100' UNDISTURBED PROJECT EDGE
MB. 36, PG. 355

40' MAX BLDG. HEIGHT LIMIT
MB. 36, PG. 355

PROPOSED FEMA FLOOD FRINGE

50' S.W.I.M. STREAM BUFFER

FLIM FRINGE LINE (ULTIMATE)

LOT 3
MB 36 PG 355
"TYVOLA CENTRE DRIVE-MAP 1"
(REMANDER OF 30.90 ACRES +/-)

SOUTH TRYON STREET
(100' PUBLIC R/W) (REF. PB 38 PG 257)

LOT 5
AREA=7.99 ACRES
MINIMUM FFE=590.8'

100' UNDISTURBED PROJECT EDGE
MB. 36, PG. 355

40' MAX. BLDG. HEIGHT LIMIT
MB. 36, PG. 355

20' PSDE &
PERMANENT DETENTION
EASMT. FOT LOT 1
MB. 36, PG. 355

LOT 1
MB 36 PG 355
"TYVOLA CENTRE DRIVE-MAP 1"

50' UNDISTURBED PROJECT EDGE
MB. 36, PG. 355

CONTROL CORNER

PK NAIL
CONTROL CORNER

TYVOLA CENTRE DRIVE
60' PUBLIC R/W (MB. 36, PG. 355)

LEGEND

| EXISTING IRON PIN | ○ EIP |
|---|---|
| EXISTING REBAR | ○ REBAR |
| NO POINT SET | ● NPS |
| IRON REBAR SET | ● IRS |
| CABLE PEDESTAL | |
| TELEPHONE MANHOLE | |
| TELEPHONE PEDESTAL | |
| FLOOD LIGHT | |
| GUY WIRE | |
| LIGHT POLE | |
| ELECTRIC MANHOLE | |
| ELECTRIC METER | |
| ELECTRIC TRANSFORMER | |
| UTILITY POLE | |
| BOLLARD | |
| GAS METER | |
| GAS VALVE | ⊗ GV |
| SEWER CLEAN OUT | |
| SEWER MANHOLE | |
| SIGN | |
| CATCH BASIN | □ CB |
| CURB INLET | □ CI |
| DROP \ YARD INLET | ▣ DI / YI |
| FLARED END SECTION | ▷ |
| STORM MANHOLE | |
| FIRE HYDRANT | |
| HANDICAP | |
| WATER MANHOLE | |
| WATER METER | Ⓦ WV |
| WATER VALVE | ⊗ WV |
| WELL | Ⓦ |
| MANHOLE | ⊙ MH |
| PRESSURE INDICATOR VALVE | ⊕ PIV |
| RIGHT-OF-WAY | R/W |
| CONCRETE MONUMENT | CM |
| CHORD | CH |
| SIGHT EASEMENT | SE |
| DEED BOOK | DB |
| PLAT BOOK | PB |
| MAP BOOK | MB |
| CURB AND GUTTER | C&G |
| REINFORCED CONC PIPE | RCP |
| CORRUGATED METAL PIPE | CMP |
| FINISHED FLOOR ELEVATION | FFE |
| BOUNDARY LINE | |
| RIGHT-OF-WAY LINE | |
| UNSURVEYED PROPERTY LINE | |
| SANITARY SEWER LINE | SS |
| UNDERGROUND ELECTRIC LINE | UE |
| ELECTRIC LINE | E |
| WATER LINE | W |
| FENCE LINE | X |
| EDGE OF GRAVEL | EG |
| EDGE OF PAVEMENT | EP |
| TELEPHONE LINE | T |
| UNDERGROUND TELEPHONE LINE | UT |
| OVERHEAD UTILITY | OHU |
| EASEMENT | |
| UNDERGROUND FIBER OPTICS | FO |

GRAPHIC SCALE
100  0  50  100  200  400
( IN FEET )
1 inch = 100 ft.

NOTES:

1. RAW ERROR OF CLOSURE 1:10,000+, MISCLOSURE WAS DISTRIBUTED BY COMPASS RULE.

2. AREA DETERMINED BY COORDINATE COMPUTATIONS.

3. DASHED LINES REPRESENT INFORMATION TAKEN FROM DEED OR PLAT.

4. PROPERTY ZONED "BP(CD)".

5. DISTANCES SHOWN ARE HORIZONTAL GROUND DISTANCES UNLESS NOTED OTHERWISE.

6. THIS PROPERTY IS IN ZONE "X", AREA DETERMINED TO BE OUTSIDE 500-YEAR FLOODPLAIN, ZONE "AE", AREA OF 100-YEAR FLOOD WERE BASE FLOOD ELEVATIONS HAVE BEEN DETERMINED; AND ZONE "X", AREA DETERMINED TO BE WITHIN THE 500-YEAR FLOODPLAIN. ACCORDING TO F.I.R.M. PANEL NO. 370158-0255 EFFECTIVE DATE "DRAFT".

7. THIS SURVEY IS SUBJECT TO ANY AND ALL FACTS THAT MY BE DISCLOSED BY A FULL TITLE SEARCH, WHICH HAS NOT BEEN FURNISHED TO SURVEYOR AS OF THIS DATE.

8. THE PURPOSE OF THIS PLAT IS TO CUT A 7.99 ACRE TRACT OUT OF LOT 3 OF MB 36 PG. 355.

9. ANY CONSTRUCTION OR USE WITHIN ANY DELINEATED FLOOD AREAS IS SUBJECT TO THE RESTRICTIONS IMPOSED BY THE FLOODWAY REGULATIONS.

10. WETLANDS IN THIS AREA HAVE BEEN PREVIOUSLY DELINEATED BY JAMES F. MATTHEWS, PHD, WITH HABITAT ASSESSMENT RESTORATION INC . A PRIOR WETLAND MITIGATION PLAN HAS BEEN PERFORMED BEFORE ANY FUTURE DEVELOPMENT IN THIS AREA TAKES PLACE. THE DEVELOPER WILL NEED TO CONTACT DR. MATTHEWS OR THE CITY OF CHARLOTTE.

11. THE MINIMUM FINISHED FLOOR ELEVATION WAS PROVIDED TO SURVEYOR BY MECKLENBURG COUNTY.

12. NO NCGS CONTROL MONUMENT WAS FOUND WITHIN 2000' OF SITE.

13. THE OWNER IS RESPONSIBLE FOR MAINTENANCE OF THE PIPES/CHANNELS LOCATED WITHIN THE PERMANENT DETENTION EASEMENTS (THESE EASEMENTS WILL NOT BE MAINTAINED BY THE CITY.

14. THE PURPOSE OF THE PERMANENT DETENTION EASEMENT IS TO ALLOW STORM WATER RELEASE DIRECTLY TO REGULATED FLOODWAY IN LIEU OF ON-SITE STORM WATER DETENTION. THE PIPES AND/OR CHANNELS LOCATED WITHIN THE PERMANENT DETENTION EASEMENT AND LEADING TO THE REGULATED FLOODWAY CARRY UNRESTRICTED STORM WATER FLOW FROM THE DEVELOPED UPSTREAM LOT 1.

REFERENCES:

1. AN UNRECORDED PLAT ENTITLED "BOUNDARY AND TOPOGRAPHIC SURVEY OF PROPOSED MILITARY ENTRY PROCESSING SITE", BY ANDY EADES, L-3413, OF McKIM & CREED, DATED 1/3/02.

2. A RECORDED PLAT ENTITLED "TYVOLA CENTRE DRIVE-MAP 3" LOCATED IN MAP BOOK 37 PAGE 185 IN THE MECKLENBURG COUNTY REGISTRY.

2. ALL DEEDS AND MAPS SHOWN HEREON.

3. FLOOD INFORMATION TAKEN FROM SITE
ftp://ftpl.co.mecklenburg.nc.us/luesa/storm/CAD_dxf/dxfs.zip

SUBDIVISION PLAT OF:
*"TYVOLA CENTRE DRIVE-MAP 4"*
*PLAT BOOK 36, PAGE 355*

OWNERS:
ROSS LAND COMPANY LLC; LOLA M. ROSS, TRUSTEE OF THE LOLA M. ROSS REVOCABLE TRUST; LOLA M. ROSS, TRUSTEE OF THE WILLIAM P. ROSS FAMILY TRUST; AND R. MARION ROSS & WIFE SHIRLEY GIBSON ROSS
9301 MONROE ROAD, SUITE F
CHARLOTTE, NC 28270

PARCEL ID#: 16708202
PLAT BOOK 36, PAGE 355 & 357

Allied Associates, P.A.
4720 KESTER MILL ROAD  PHONE (336) 765-2377
WINSTON-SALEM, N.C. 27103  FAX  760-8886
e-mail- alliedsurvey@aol.com

| SCALE | TOWNSHIP | COUNTY | STATE | DATE |
|---|---|---|---|---|
| 1"=100' | CHARLOTTE | MECKLENBURG | NC | 9/5/02 |
| SURVEYED | MAPPED | JOB NO. | MAP NO. | TDS |
| CBO/WAB | CBO/WAB | PA020612 | WS-SUB.DWG | INS |

© Allied Assoc., P.A. 2002

REVISED: 9/25/02 (PLANNING COMMENTS)
REVISED: 10/08/02 (PLANNING COMMENTS)



FOR REGISTRATION JUDITH A. GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2002 OCT 15 11:10 AM
BOOK:38 PAGE:411-412 FEE:$21.00
INSTRUMENT # 2002201706

## JUDITH A. GIBSON
## REGISTER OF DEEDS , MECKLENBURG COUNTY
## COUNTY & COURTS OFFICE BUILDING
## 720 EAST FOURTH STREET
## CHARLOTTE NC 28202

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | 10/15/2002 11:10 AM |
| **Book:** | **MAP** 38 **Page:** 411-412 |
| **Document No.:** | 2002201706 |
| | **MAP** 2 PGS $21.00 |
| **Recorder:** | **EMEM DREHER** |



*2002201706*