# EXHIBIT 5

# US GOVERNMENT
# LEASE FOR REAL PROPERTY

DATE OF LEASE  June 24, 2002

LEASE NO.  GS-04B-42087

THIS LEASE, made and entered into this date by and between  JDL – Charlotte 2, LLC

whose address is  P.O. Box 1395
Winston-Salem, NC  27102

and whose interest in the property hereinafter described is that of  Owner

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the considerations hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

A total of 52,000 rentable square feet (48,300 ANSI/BOMA usable square feet) of office and related space, with 29 reserved secured inside parking spaces in a newly constructed building, as shown on the attached site plan, located at Tyvola Centre Dr., Mecklenberg County, Charlotte, NC.

to be used for  SUCH PURPOSES AS DETERMINED BY THE GENERAL SERVICES ADMINISTRATION

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on

March 01, 2003    THROUGH    February 28, 2023 subject to termination

and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent for the entire term, monthly, in arrears, as follows:

| TERM | ANNUAL RENT | RATE PRSF * | RATE PUSF** | MONTHLY RATE |
|---|---|---|---|---|
| 3/01/2003 through 2/28/2023 | $1,059,240.00 | $20.37 | $21.93 | $88,270.00 |

*First 6 months are rent-free.

* The rate per rentable square foot (RSF) is determined by dividing the total annual rental by the rentable square footage set forth in Paragraph 1 above.

** The rate per ANSI/BOMA usable square foot (USF) is determined by dividing the total annual rental by the ANSI/BOMA usable square set forth in Paragraph 1 above.

4. The Government may terminate this lease, in whole or in part, at any time on or after March 1, 2018, by giving the Lessor at least ninety (90) days notice in writing. No rent shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the day of mailing.

5. This lease may be renewed at the option of the Government, for the following terms and at the following rentals:

| TERM | ANNUAL RENT | RATE PUSF | MONTHLY RATE |
|---|---|---|---|
| N / A | N / A | N / A | N / A |

provided notice be given in writing to the Lessor at least _N/A__ days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing.

USA_00000383

### 3.7. RENTABLE SPACE (JUN 1994)

Rentable space is the area for which a tenant is charged rent. It is determined by the building owner and may vary by city or by building within the same city. The rentable space may include a share of building support/common areas such as elevator lobbies, building corridors, and floor service areas. Floor service areas typically include restrooms, janitor rooms, telephone closets, electrical closets, and mechanical rooms. The rentable space generally does not include vertical building penetrations and their enclosing walls, such as stairs, elevator shafts and vertical ducts.

### 3.8. BOMA USABLE SQUARE FEET (JAN 1997)

(a) For the purposes of this solicitation, the Government recognizes the BOMA (Building Owners and Managers Association) International standard (ANSI/BOMA Z65.1-1996) definition for Office Area, which means "the area where a tenant normally houses personnel and/or furniture, for which a measurement is to be computed."

(b) BOMA Usable Square Feet shall be computed by measuring the area enclosed by the finished surface of the room side of corridors (corridors in place as well as those required by local codes and ordinances to provide an acceptable level of safety and/or to provide access to essential building elements) and other permanent walls, the dominant portion (see Z65.1) of building exterior walls, and the center of tenant-separating partitions. Where alcoves, recessed entrances, or similar deviation from the corridor are present, BOMA Usable Square Feet shall be computed as if the deviation were not present.

(c) In all measurements, make no deductions for columns and projections enclosing the structural elements of the building and deduct the following from the gross area including their enclosing walls: toilets and lounges, stairwells, elevators and escalator shafts, building equipment and service areas, entrance and elevator lobbies, stacks and shafts, corridors in place or required by local codes and ordinances and/or required by GSA to provide an acceptable level of safety and/or to provide access to all essential building elements.

### 3.9. COMMON AREA FACTOR (JAN 1997)

If applicable, Offerors shall provide the Common Area Factor (a conversion factor(s) determined by the building owner and applied by the owner to the BOMA Usable Square Feet to determine the rentable square feet for the offered space).

### 3.10. APPURTENANT AREAS

The right to use appurtenant areas and facilities is included. The Government reserves the right to post Government rules and regulations where the Government leases space.

### 3.11. LIQUIDATED DAMAGES, GSAR 552.270-22 (AUG 1992)

In case of failure on the part of the Lessor to complete the work within the time fixed in the lease contract or letter of award, the Lessor shall pay the Government as fixed and agreed liquidated damages, pursuant to this clause, the sum of $500.00 for each and every calendar day that the delivery is delayed beyond the date specified for delivery of all the space ready for occupancy by the Government. This remedy is not exclusive and is in addition to any other remedies which may be available under this lease or at law.

### 3.12. VENDING FACILITIES (JAN 1997))

(a) Approximately 240 square feet of the BOMA Usable space in the solicitation paragraph entitled "Amount and Type of Space" will be used for the operation of a vending facility(ies) by the blind under the provisions of the Randolph-Sheppard Act (20 USC 107 et. seq.). The Government will control the number, kind, and locations of vending facilities and will control and receive income from all automatic vending machines. The Lessor is required to provide necessary utilities and to make related alterations. The cost of the improvements will be negotiated and payment will be made by the Government either on a lump-sum basis or a rental increase.

(b) The Government will assure that the facility(ies) does not compete with other facilities having exclusive rights in the building. Offerors must advise the Government if such rights exist.

### 3.13. ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-25 (JUN 1994) (VARIATION)

(a) If the Government fails to occupy any portion of the leased premises or vacates the premises in whole or in part prior to expiration of the term of the lease, the rental rate will be reduced.

(b) The rate will be reduced by that portion of the costs per BOMA Usable square foot of operating expenses not required to maintain the space. Said reduction must occur after the Government gives 30 calendar days prior notice to the Lessor, and must continue in effect until the Government occupies the premises or the lease expires or is terminated.

### 3.14. RELOCATION ASSISTANCE ACT

If an improved site is offered and new construction will result in the displacement of individuals or businesses, the successful Offeror shall be responsible for payment of relocation costs for displaced persons in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended, and 49 CFR Part 24.

USA_00000401

United States Department of Justi**...**
Immigration and Naturalization Service
Space Allocation Standards for District and Sub-Offices
CHARLOTTE, NC SUB-OFFICE

Space Classification Sheet
07/12/2001

| | TYPE OF SPACE | NO. OF PERSONNEL | SQ. FT. PER PERSON | SQ. FT. | TOTALS |
|---|---|---|---|---|---|
| a. | PRIMARY OFFICE AREA | 102 | 124 | 12,677 | |
| | OFFICE SUPPORT AREA | | > | 19,277 | |
| | OFFICE SPACE SUBTOTAL | | | > | 31,954 |

| | STORAGE SPACE | TYPE | SQ. FT. | TOTALS |
|---|---|---|---|---|
| b. | ST 1 | GENERAL STORAGE | 1,530 | |
| c. | ST 3 | WAREHOUSE STORAGE | 0 | |
| d. | STORAGE SUBTOTAL (Lines b, c) | | > | 1,530 |

| | SPECIAL SPACE | TYPE | SQ. FT. | TOTALS |
|---|---|---|---|---|
| e. | SP 1 | LABORATORY & CLINIC | 3,203 | |
| f. | SP 2 | FOOD SERVICE AREA | 500 | |
| g. | SP 3 | STRUCTURALLY CHANGED | 2,651 | |
| h. | SP 4 | AUTOMATED DATA PROCESSING | 469 | |
| i. | SP 5 | CONFERENCE & TRAINING | 3,609 | |
| j. | SP 6 | LIGHT INDUSTRIAL | 1,700 | |
| l. | SPECIAL SUBTOTAL (Lines e-j) | | > | 12,132 |

| | GRAND TOTALS AND PARKING | | SPACES | TOTALS |
|---|---|---|---|---|
| m. | TOTAL SPACE REQUIRED (Lines a, d & l) | | > | 45,616 |
| o. | ST 2 | INSIDE PARKING (No. of Spaces) | 25 | |
| p. | OUTSIDE PARKING (No. of spaces) | | 0 | |
| q. | TOTAL PARKING SPACES (Lines o, p) | | > | 25 |

65

USA_00000445



GOVT.      LESSOR

USA_00000547



JDL CASTLE CORPORATION

JDL CASTLE CORPORATION

FEDERAL BUILDING — GENERAL SERVICES ADMINISTRATION — GREENSBORO, NORTH CAROLINA

2

GOVT.    LESSOR

USA_00000548

## ADDITIONAL CLARIFICATION & REQUIREMENTS

In addition to the June 10, 2002, narrative, Lessor shall accomplish the following within the parameters of SFO 1NC0116 in order to architecturally enhance the appearance of the proposed new INS building:

- Provide detailing at the main entrance.
- Use brick articulation & accent features through out building.
- Use variation in the window notation (rhythm/pattern) to avoid monotonous repeated window punch out.
- Use offsets to reduce the overall building volume to help prevent "curbside" face of the building from being a long shear wall – i.e. avoid "pancake" look.
- The Federal Building, Greensboro, NC is a good representative of the level of architecture desired & required; however, INS building shall not be a "cookie cutter" version.
- Queuing area shall have similar level of architectural detail complimenting the aesthetics of the main building while maintaining the functionality of its purpose.
- The walkway (providing direct access) from the secured parking to the main building shall be covered, offer protection from the elements, can be designed to allow light and air (i.e. unconditioned space) but not unauthorized entry.

3

GOVT.   LESSOR

USA_00000549

# JDL CASTLE CORPORATION

### DEVELOPMENT

## MEMORANDUM

**DATE:** June 10, 2002

**TO:** ▮▮▮▮▮▮▮▮
General Services Administration

**FROM:** ▮▮▮▮▮▮▮▮

**RE:** SFO Number 1NC 0116/INS - Charlotte, NC
Building Design Narrative

### VIA TELEFAX (704) 344-6250 /FEDERAL EXPRESS

This follows our telephone conversation. We are enclosing herewith a prospective elevation rendering of the Federal Law Center developed by JDL Castle Corporation in Greensboro, North Carolina.

Pursuant to your request, we are proposing that the building to be constructed for INS in Tyvola Centre be similar to this facility. The building will be of steel structure with masonry exterior accented with precast elements and a monumental entry.

Per our discussion, the building for INS will differ from the Federal Law Center as follows:

> The monumental entry will be placed outside the front building line – i.e., it will be offset away from the building so as not to reduce the overall usable square footage of the floor plate and will feature vertical precast ornaments to provide definition. The first floor window line will not be the tall curtain wall design, rather, all windows in the building will be the same as those seen on the top two floors of the Federal Law Center. The precast detail features will be similar to those shown.

It is our understanding that you will review this with the agency and append this narrative description to the lease award for the project. If you require additional information, please advise.

Thank you very much for your courtesy and cooperation.

POST OFFICE BOX 1395 • WINSTON-SALEM, NORTH CAROLINA 27102
TELEPHONE (336)722-2033 • FAX (336)761-1030

1

▮▮▮▮▮   ▮▮▮▮▮
GOVT.   LESSOR

USA_00000550