**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No: 3:25-mj-00320-MEO-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **MOTION TO ADOPT CO-DEFENDANT MORROW'S MOTION FOR SANCTIONS AND DISMISSAL FOR THE DESTRUCTION OF EXCULPATORY EVIDENCE** |
| WILLIAM STANLEY and HEATHER MORROW, | |
| Defendants. | |

NOW COMES Defendant in the above-captioned matter, WILLIAM STANLEY ("Mr. Stanley") pursuant to Fed.R.Crim.P. Rule 12 and LCrR 47.1, and moves to join and adopt the arguments in Co-Defendant Morrow's Motion for Sanctions and Dismissal for the Destruction of Exculpatory Evidence (Doc. 55) to the extent the arguments and relief sought are applicable to Mr. Stanley.

This 31st day of July 2026.

/s/Claire J Rauscher
Claire J. Rauscher (NC Bar No. 21500)
James P. Cooney III (NC Bar No. 12140)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:  (704) 331-4980
Telephone: (704) 331-4961
Email:  Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing Motion to Adopt Co-Defendant's Motion for Sanctions and Dismissal for the Destruction of Exculpatory Evidence on all counsel via the ECF system.

This the 31st day of July, 2026

/s/ *Claire J. Rauscher*
Claire J. Rauscher