# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No: 3:25-mj-00320-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>WILLIAM STANLEY and HEATHER MORROW,<br><br><br>     Defendants. | **MOTION TO ADOPT CO-DEFENDANT MORROW'S MOTION TO DISMISS COUNT FOUR FOR DUPLICITY & LACK OF SPECIFICITY AND MOTION FOR BILL OF PARTICULARS** |

NOW COMES Defendant in the above-captioned matter, WILLIAM STANLEY ("Mr. Stanley") pursuant to Fed.R.Crim.P. Rule 12 and LCrR 47.1, and moves to join and adopt the arguments in Co-Defendant Morrow's Motion to Dismiss Count Four (Doc. 57) to the extent the arguments and relief sought are applicable to Mr. Stanley.

This 31st day of July 2026.

/s/Claire J Rauscher
Claire J. Rauscher (NC Bar No. 21500)
James P. Cooney III (NC Bar No. 12140)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:  (704) 331-4980
Telephone: (704) 331-4961
Email:  Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing Motion to Adopt Co-Defendant's Motion to Dismiss Count Four on all counsel via the ECF system.

This the 31st day of July, 2026

/s/ *Claire J. Rauscher*
Claire J. Rauscher