**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:25-mj-00320-MEO-DCK**

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

WILLIAM STANLEY and HEATHER
MORROW,

     Defendants.

**DEFENDANTS' MOTION FOR LEAVE
TO SUBMIT REPLIES**

NOW COME the Defendants in this matter, WILLIAM STANLEY ("Mr. Stanley") and HEATHER MORROW ("Ms. Morrow"), and seek leave from this Court for the purpose of filing limited replies to the Government's Responses to their Motions. The grounds for this Motion are that (1) the filing of limited replies (as set forth below) will assist the Court in adjudicating the pending motions, (2) the replies raise matters that the Court should consider in advance of the presently-scheduled hearing on August 17, (3) the replies are limited to arguments made by the Government that were not addressed in the original motions, and (4) submitting this material to the Court at this time is in the interest of justice.

In support of this Motion, Defendants submit the proposed replies, their length, and the service date of the Responses as Exhibits:

**Exhibit 1: Defendant William Stanley's Reply to United States' Response to Motion for Sanctions (ECF#69) (served on August 5, 2026) (3 pages);**

**Exhibit 2: Defendant William Stanley's Reply to United States' Response to Motion to Dismiss Counts 1, 2 and 3 (ECF#70) (served on August 7, 2026) (3 pages);**

**Exhibit 3:  Defendant Heather Morrow's Reply to United States' Response to Motion to Dismiss Count 4 (ECF#68) (served on August 5, 2026) (3 pages);**

**Exhibit 4:  Defendant Heather Morrow's Reply to United States' Response to Motion for Sanctions (ECF#69) (served on August 5, 2026) (3 pages).**

The Defendants have conferred with counsel for the United States, and the United States objects to this Motion as follows:

"The United States objects.  The criminal local rules do not contemplate reply briefs and these matters are scheduled to be heard on Monday, August 17, 2026."

WHEREFORE, the Defendants pray that they be permitted to submit the Replies set forth in **Exhibits 1** through **4**.

This 12th day of August, 2026.

*/s/ James P. Cooney III*
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:  (704) 331-4980
Telephone: (704) 331-4961
Email:  Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing **DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLIES** on all counsel via the ECF system.

This the 12th day of August, 2026.

/s/ *James P. Cooney III*
James P. Cooney III

WBDUS/4899405731093