# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No: 3:25-mj-00320-MEO-DCK

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

WILLIAM STANLEY and HEATHER MORROW,


      Defendants.

**DEFENDANTS' JOINT PROPOSED VOIR DIRE**

**NOW COMES** Defendants in the above-captioned matter, William Stanley and Heather Morrow, and propose the following questions to be asked of the venire during jury selection. Some of the following questions are typically asked during Jury Selection and some are case specific.

- **Federal Law Enforcement generally**
  - Has a family member or close personal friend worked for: ICE, Homeland Security, Border Patrol, FBI, DEA ATF, or any other federal law enforcement agency?
  - If yes, would the experience make it difficult to be completely impartial in a case involving federal agents?
  - Do you believe law enforcement officers are generally more credible than other witnesses?
  - Is there anyone who believes a federal officer would never exaggerate, make a mistake, or misperceive events?

- o Have you ever had a positive or negative experience with federal law enforcement that could affect your judgment in this case?

- **Political Views concerning Immigration**
  - o Today, immigration is an issue where people have strong opinions. Do you have strong feelings about current immigration policy that might affect your ability to be fair to the parties in this case?
  - o Do you have strong opinions about ICE or immigration enforcement?
  - o Is there anyone who has such strong views about immigration policy that they would find it difficult to evaluate this case solely on the evidence presented?

- **Immigration Enforcement generally**
  - o Is there anyone who believes people should always comply with requests made by immigration officers, regardless of the circumstances?
  - o Is there anyone who has such strong feelings about immigration enforcement that they would find it difficult to evaluate the case solely on the evidence presented?
  - o Would anyone automatically assume that a physical interaction between a citizen and an immigration law enforcement officer means the citizen committed a crime?

- **Use of Force during Arrests or Encounters**
  - o Does anyone believe that any physical contact with a law enforcement officer is automatically unlawful?
  - o Would you be able to carefully consider testimony about a rapidly unfolding encounter between immigration deportation officers and citizens before reaching a conclusion?

- o Does anyone have strong views about self-defense or personal protection that might affect how you evaluate evidence in this case (i.e. prior self-defense training or prior experience involving self-defense)?

- **Media Exposure**
  - o Have you seen any news reports, social media posts or commentaries concerning ICE operations, that created particularly strong impressions and would affect your ability to be fair in this case?
  - o Have you seen any news reports, social media posts or commentaries concerning ICE operations, specifically Operation Charlotte Web in Charlotte that create particularly strong impressions and affect your ability to be fair in this case?
  - o Have you seen any news reports or social media about the facts in this case that took place on November 16, 2025, in a driveway outside 6331 Tyvola Centre Drive in Charlotte?

- Presumption of Innocence
  - o In criminal cases, Mr. Stanley and Ms. Morrow are presumed innocent. Does anyone have difficulty following this principle throughout the trial?
  - o Would anyone tend to believe a person charged with a federal crime is probably guilty because charges are brought?
  - o The government bears the burden of proof in this case and Mr. Stanley and Ms. Morrow do not have to present any evidence at all if they choose. They do not have to prove their innocence. Does anyone have difficulty following this principle at trial?

- o Mr. Stanley and Ms. Morrow do not have to testify and may choose not to do so. You cannot take their silence into account when determining the verdict in this case. Does anyone have difficulty following this principle?
- Bias and/or Impartiality
  - o Is there anyone who feels uncomfortable sitting in judgment of another person or persons?
  - o Is there any reason, personal or professional, why you could not be completely fair and impartial to the government and to Mr. Stanley and Ms. Morrow?
- **Final Question**
  - o Is there something we failed to ask that you think the parties and court should know that would impact your ability to participate as a juror in this case?