Wednesday October 7th, 2026

To the Honorable Judge Matthew Orso:

My name is Kaya Allyn, and I am writing in support of Heather Morrow. I have known Heather for approximately two years. We met through our shared involvement in the effort to oppose the proposed public safety training facility in Mecklenburg County, and I came to know her much better while helping with her campaign for County Commissioner with Meck for Change. Since then, I have continued to see and work with Heather regularly, usually at least a couple of times a month.

I have also previously appeared in court as a character witness for Heather and testified to what I had personally observed of her: that she is a peaceful person. I stand by that assessment today.

Heather is kind, committed, attentive, generous, and something of a force of nature. She is one of those people who shows up. When a group of people is looking around waiting for someone to volunteer, Heather is very often the person who finally says, "I'll do it." She may not always have the most time, money, or physical energy to spare, but she gives what she has.

Her generosity is probably the quality I have witnessed most consistently. Heather is forever trying to feed somebody. She brings food to meetings and gatherings and tries to make sure everyone around her has something to eat. What has always struck me is that this generosity does not come from an abundance of resources. Heather gives freely even when, from what I can see, she does not have very much to spare herself. Her instinct is simply to take care of people.

I see that same instinct in the way Heather talks about and approaches her work as a school bus driver. She cares deeply about the children entrusted to her. Heather is attentive and watchful by nature—she keeps her head on a swivel and pays attention to what is happening around her. Knowing her, it makes perfect sense to me that she would do work in which parents trust her with their children every day.

That commitment extends to her own family. Heather is the mother of two daughters and a grandmother. I know that she has been willing to substantially rearrange her own life and living situation so that her daughter and grandchild could have a place with her when they needed stability. That is consistent with the Heather I know: when someone she loves needs her, she figures out what she can do and makes room.

Over the past year, I have also watched Heather carry the tremendous uncertainty and stress of this case while continuing to fulfill the ordinary responsibilities of her life. She has continued working, caring for her family, participating in her community, and advocating peacefully for causes she believes in. She has done this while also living with chronic pain. I do not say that to excuse or minimize anything before the Court. I say it because it is part of the person I have

actually observed: when circumstances become difficult, Heather's response is generally to keep going and to keep showing up for other people.

In considering Heather's sentence, I respectfully ask the Court to consider what her continued presence in her family and community means. Incarcerating Heather would mean one fewer school bus driver looking out for the children in her care. It would remove a mother and grandmother who has made space in her own life when her family needed her. And it would remove from her community someone whose instinct, again and again, has been to show up, help, feed people, organize, advocate, and care.

My own Quaker faith has taught me to take accountability seriously while also resisting the idea that any human being can be reduced to the worst thing alleged or proven about them. Justice should recognize harm and responsibility, but it should also leave room for restoration and for the good a person is capable of doing in the world. I believe Heather has a great deal of good left to do.

The simplest way I can describe Heather is that she makes things brighter. She makes the people around her want to show up a little more, give a little more, and care a little more. Whatever sentence the Court determines is appropriate, I respectfully ask that it be no greater than necessary and that Heather be allowed, to the greatest extent possible, to continue being a mother, grandmother, worker, advocate, and contributing member of her community.

Thank you for considering my perspective and my experience with Heather.

Respectfully,

__[signature]

Kaya Allyn
525 E 8th St Apt 205
Charlotte, NC 28202
425-518-6670

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBERG

Subscribed, sworn, and acknowledged before me this 7th day of October, 2026.

__[signature] ALAM S VIRK
Notary Public

ALAM S VIRK
NOTARY PUBLIC
Union County
North Carolina
My Commission Expires March 23rd, 2031

My Commission Expires: MARCH 23RD, 2031

**Dr. Elliot Gann, Psy.D.**
Licensed Psychologist (CA PSY27672)
Executive Director, Today's Future Sound
egann@todaysfuturesound.org
November 1, 2026

**To Whom It May Concern:**

**Re: Character Reference for Heather Morrow**

My name is Dr. Elliot Gann. I am a licensed clinical psychologist and the Executive Director of Today's Future Sound. I am writing to provide a character reference on behalf of Heather Morrow in advance of her upcoming sentencing hearing. I have come to know Heather through online advocacy spaces and community networks focused on civil rights, community care, and social justice.

I understand the serious nature of the federal proceedings Heather is facing and the legal accountability involved in this case. I do not write to question the findings of the court, but to share what I know of Heather's core character and humanity based on our interactions.

Throughout our digital exchanges and shared dialogue, Heather has consistently shown herself to be an extraordinarily thoughtful, compassionate, and empathetic person. Her engagement in community spaces has never been rooted in self-interest or malice; rather, she is someone motivated by a sincere concern for the well-being of vulnerable people and human dignity. From my perspective as a psychologist, the conduct that brought her before the court is completely out of character with the gentle, conscientious, and caring nature she demonstrates in her daily life.

Heather's contributions to community care, peer encouragement, and standing up for others reflect who she is at her core. Imprisoning Heather would be a profound tragedy for her and an immense loss to the community network that relies on her warmth, presence, and dedication. I respectfully plead for the court to view Heather as a whole human being, taking into account her lifelong decency, her deep empathy, and her positive impact on others as you determine her sentence.

Thank you for your time, consideration, and thoughtful review of this letter.

Respectfully submitted,

/s/ Dr. Elliot Gann, Psy.D.

Dr. Elliot Gann, Psy.D.
Licensed Psychologist (CA PSY27672)
Executive Director, Today's Future Sound
egann@todaysfuturesound.org

Karen O. Hodges, Ph.D.
Jungian Analytic Praxis, Inc.
P. O. Box 5353
Charlotte, NC 28299

6 October, 2026

To the Honorable Judge Matthew Orso:

My name is Karen Orton Hodges, and I am writing this letter in support of Heather Morrow. I have been informed of Heather's activities and legal issues since her arrest last November as this became a topic of discussion in the Quaker meeting I attend weekly (Charlotte Friends Meeting). I am writing based on my deeply held religious beliefs: that every person has that of God within them, that each deserves respect, and that we all merit opportunities to learn and grow from our mistakes (a belief that Quakers speak of in terms of "continuing revelation"). It is my religious belief as well that our communities are best served by adherence to these principles, which promote the well-being and moral health of the collective.

I have not seen it claimed that Heather's motivation for entering into the crime for which she has been convicted was in any way self-serving. Rather, it seems that her intention was to help her community, at some sacrifice to herself. This is exactly the kind of community spirit that we in the Quaker community honor, while not considering it in any way an excuse for violent or otherwise harmful behavior. I believe that the issue of motive is relevant, because this is not the kind of person we normally regard as criminal: someone with anti-social intentions. The court has found Heather to be misguided in her intentions, and her being held accountable for her behavior is of course appropriate. But behavior in any given instance does not define who a person can become. The way in which she is to be held accountable matters: One course of action can, for a time, simply take away any avenue she has for contributing to her community. Another can support the potential for her thinking to be transformed about how best to contribute in a positive way. I am a practicing psychoanalyst with over 30 years of clinical experience. As such, I do not believe that imprisonment of any length could lead to this positive outcome.

Heather already makes a positive contribution in one way, as member of her family. A specific community value that I strongly support is a mother's special role in her family. As a mother and grand-mother myself, I know that this role is of special importance to others, and that removing Heather from that circle by imprisoning her would create hardship for her two daughters, two sons-in-law, and grand-daughter.

I respectfully ask that the Court consider my perspective when determining an

appropriate sentence. I believe that justice will be done to most benefit for all concerned by restoring her to the community which has followed her history, which has been concerned for her future well-being and spiritual condition, which derives benefits from her presence, and which would suffer in her absence.

Thank you,

Karen Orton Hodges

Karen Orton Hodges (Ph.D., co-owner & treasurer of Jungian Analytic Praxis, Inc.)
P. O. Box 5353, Charlotte, NC 28299
khodges@jungiananalyticpraxis.com

**STATE OF** North Carolina

**COUNTY OF** Mecklenburg

Subscribed, sworn, and acknowledged before me

this 6th day of October, 2026.

Millicent McCoy

A Notary Public of North Carolina

MILLICENT MCCOY NOTARY PUBLIC COUNTY, NC

*My Commission Expires* June 19, 2027

State of North Carolina
General Court of Justice
Defender District 26

KEVIN P. TULLY
PUBLIC DEFENDER

TEL: 704-686-0900
FAX: 704-686-0901

County & Courts Office Building
720 East Fourth Street, Suite 300
Charlotte, NC 28202-2894

October 12, 2026

Honorable Judge Matt Orso:

I hope this letter finds you well. My name is Cristiano L. Méndez, and I have the privilege of knowing and volunteering alongside Heather Morrow.

Heather is an amazing human being who has devoted her life towards making Charlotte a better place for all. She is an advocate, community leader, and activist, through and through. In my time knowing her, I have watched Heather speak out for marginalized communities. She is a fearless ally. As a white woman, I have seen Heather use her privilege to defend those that are unable to speak for themselves. No cause is to small for her.

Heather is one of the leaders of the Charlotte Bail Fund. She has changed the lives of countless individuals by helping facilitate their release from custody. Pretrial detention can destroy careers, break up families, and destabilize communities. Heather's work with our local bail fund has produced tangible results. I cannot stress enough how needed she is in our community. Because of this ongoing trial, the Charlotte Bail Fund has not been able to run. There are dozens of individuals that could've been released with the bail fund's assistance that are now forced to remain in detention.

I ask you to show mercy to Heather as you give your sentence. A criminal conviction on her record is more than a sufficient punishment. She is an outspoken champion. This sentence will not just affect one person. There are dozens of families in this city that will be directly impacted by Heather's inability to work.

Please allow Heather to continue to be the positive force that she is within this community.

With Respect,

*Cristiano L. Méndez*

Cristiano L. Méndez, Esq.
Assistant Public Defender
Mecklenburg County Public Defender's Office